| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Batts, Deborah A. | 2. Court or Organization<br><br>Southern District of New York | 3. Date of Report<br><br>05/15/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Judge (Senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>500 Pearl Street<br>Room 2510<br>New York, New York<br>1---7-1312 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | Fordham University School of Law |
| 2. | Adjunct Professor | Yeshiva University |
| 3. | Board of Managers | Havens Relief Fund Society |
| 4. | Board of Visitors | CUNY School of Law |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 10/1/84 | TIAA-CREF Retirement & Supplemental Annuity Contracts |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Fordham University School of Law | $13,000.02 |
| 2. 2013 | Yeshiva University | $14,875.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Chase | credit card | J |
| 2. | Bank of America | credit card | J |
| 3. | American Express | credit card | J |
| 4. | American Express | credit card | K |
| 5. | Capital One | credit card | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Batts, Deborah A. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   TIAA-CREF | E | Int./Div. | N | T | | | | | |
| 2.   AXA Accumulator Plus (IRA):AXA Moderate-Plus Portfolio | | None | M | T | | | | | |
| 3.   ASTI common stock shares | | None | J | T | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batts, Deborah A. | 05/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VI

Items 4 and 5 are [redacted] liabilities.  In addition to those listed in Part VI, she also has  Liabilities to WAMU/CHASE credit card, value code K,  CHASE, credit card, value code K, and Bank of America, credit card, value code J.

VII

Financial Disclosure Report for 2012 listed Estate #1.  The distribution in 2012 said "part" because it was the final distribution.  Thus there is nothing to report in 2013 for this asset.

New Investments and Trusts listed for the first time for 2013 are those of [redacted]  Our marriage was not recognized by the federal government until 2013 and therefore that is the first year that she is being included on my Financial Disclosure Report.

Item 2 is an IRA managed fund over which she has no control, no ability to direct where to invest and no payout until retirement. I am attaching a list of the companies and securities in which the fund invested as of 12/31/13:

# AXA PREMIER VIP TRUST
## AXA MODERATE-PLUS ALLOCATION PORTFOLIO
## PORTFOLIO OF INVESTMENTS
December 31, 2013

| | Number of Shares | Value (Note 1) |
|---|---|---|
| INVESTMENT COMPANIES: | | |
| ATM International Portfolio‡ | 102,925,839 | $1,102,338,381 |
| ATM Large Cap Portfolio‡ | 159,270,702 | 2,086,031,807 |
| ATM Mid Cap Portfolio‡ | 14,922,514 | 148,397,718 |
| ATM Small Cap Portfolio‡ | 50,139,867 | 657,023,140 |
| EQ/AllianceBernstein Small Cap Growth Portfolio‡ | 21,666,154 | 466,305,658 |
| EQ/AXA Franklin Small Cap Value Core Portfolio‡ | 7,311,980 | 106,845,456 |
| EQ/BlackRock Basic Value Equity Portfolio‡ | 15,227,770 | 301,783,154 |
| EQ/Boston Advisors Equity Income Portfolio‡ | 38,260,069 | 259,204,754 |
| EQ/Core Bond Index Portfolio‡ | 106,233,908 | 1,048,267,665 |
| EQ/GAMCO Small Company Value Portfolio‡ | 3,694,713 | 206,644,414 |
| EQ/Global Bond PLUS Portfolio‡ | 639,817 | 5,981,383 |
| EQ/Global Multi-Sector Equity Portfolio‡ | 16,005,849 | 236,720,408 |
| EQ/Intermediate Government Bond Portfolio‡ | 146,664,129 | 1,496,372,808 |
| EQ/International Core PLUS Portfolio‡ | 16,108,412 | 166,116,114 |
| EQ/International Equity Index Portfolio‡ | 5,285,319 | 51,755,782 |
| EQ/International ETF Portfolio‡ | 8,062,482 | 52,616,370 |
| EQ/International Value PLUS Portfolio‡ | 11,270,130 | 147,011,048 |
| EQ/Large Cap Core PLUS Portfolio‡ | 22,184,638 | 193,208,604 |
| EQ/Large Cap Growth Index Portfolio‡ | 15,407,846 | 194,091,080 |
| EQ/Large Cap Growth PLUS Portfolio‡ | 19,587,429 | 488,732,136 |
| EQ/Large Cap Value PLUS Portfolio‡ | 18,541,155 | 264,915,355 |
| EQ/MFS International Growth Portfolio‡ | 58,568,053 | $ 432,127,389 |
| EQ/PIMCO Ultra Short Bond Portfolio‡ | 59,581,350 | 589,600,421 |
| Multimanager Core Bond Portfolio‡ | 11,069,065 | 109,284,593 |
| Multimanager International Equity Portfolio‡ | 9,548,987 | 114,913,455 |
| Multimanager Large Cap Core Equity Portfolio‡ | 20,096,768 | 286,688,971 |
| Multimanager Large Cap Value Portfolio‡ | 20,076,172 | 272,872,722 |
| Multimanager Mid Cap Growth Portfolio*‡ | 1,389,415 | 14,111,819 |
| Multimanager Mid Cap Value Portfolio‡ | 1,291,330 | 17,425,307 |
| Multimanager Multi-Sector Bond Portfolio‡ | 15,618,663 | 60,178,239 |
| Multimanager Small Cap Growth Portfolio*‡ | 14,350,584 | 178,409,513 |
| Multimanager Small Cap Value Portfolio‡ | 5,364,646 | 86,767,054 |
| **Total Investments (100.0%)** | | |
| (Cost $9,329,445,788) | | 11,842,642,718 |
| **Other Assets Less Liabilities (0.0%)** | | 3,668,824 |
| **Net Assets (100%)** | | $11,846,311,542 |

\* Non-income producing.

‡ Affiliated company as defined under the Investment Company Act of 1940.

The holdings in affiliated Investment Companies are all Class K shares.

Investments in companies which were affiliates for the year ended December 31, 2013, were as follows:

| Securities | Value December 31, 2012 | Purchases at Cost | Sales at Cost | Value December 31, 2013 | Dividend Income | Realized Gain (Loss)† |
|---|---|---|---|---|---|---|
| ATM International Portfolio | $ 1,093,126,496 | $ 82,503,616 | $ 198,961,884 | $ 1,102,338,381 | $ 38,452,027 | $ 50,836,849 |
| ATM Large Cap Portfolio | 1,895,473,199 | 247,400,824 | 294,258,509 | 2,086,031,807 | 13,646,633 | 297,913,634 |
| ATM Mid Cap Portfolio | 208,010,564 | 34,817,472 | 100,379,196 | 148,397,718 | 459,347 | 43,545,645 |
| ATM Small Cap Portfolio | 567,426,130 | 113,963,804 | 99,464,661 | 657,023,140 | 1,369,647 | 127,079,802 |
| EQ/AllianceBernstein Small Cap Growth Portfolio | 376,293,852 | 41,277,674 | 41,657,249 | 466,305,658 | 1,327,063 | 47,638,784 |
| EQ/AXA Franklin Small Cap Value Core Portfolio | 92,440,979 | 528,817 | 13,519,774 | 106,845,456 | 365,440 | 4,181,773 |
| EQ/BlackRock Basic Value Equity Portfolio | 242,313,249 | 5,405,143 | 23,247,496 | 301,783,154 | 5,078,388 | 6,155,597 |
| EQ/Boston Advisors Equity Income Portfolio | 219,237,306 | 32,169,211 | 21,470,132 | 259,204,754 | 5,444,852 | 32,500,026 |
| EQ/Core Bond Index Portfolio | 1,025,836,360 | 189,748,924 | 137,874,710 | 1,048,267,665 | 15,198,846 | (106,032) |
| EQ/Davis New York Venture Portfolio | 4,810,940 | — | 4,077,740 | — | — | 1,246,096 |

See Notes to Financial Statements.

# AXA PREMIER VIP TRUST
## AXA MODERATE-PLUS ALLOCATION PORTFOLIO
### PORTFOLIO OF INVESTMENTS (Continued)
December 31, 2013

Investments in companies which were affiliates for the year ended December 31, 2013, were as follows:

| Securities | Value December 31, 2012 | Purchases at Cost | Sales at Cost | Value December 31, 2013 | Dividend Income | Realized Gain (Loss)† |
|---|---|---|---|---|---|---|
| EQ/GAMCO Small Company Value Portfolio | $ 170,594,585 | $ 10,309,082 | $ 23,131,081 | $ 206,644,414 | $ 1,005,039 | $ 13,508,760 |
| EQ/Global Bond PLUS Portfolio | — | 6,132,968 | — | 5,981,383 | 132 | 132,836 |
| EQ/Global Multi-Sector Equity Portfolio | 222,284,422 | 2,745,403 | 29,548,516 | 236,720,408 | 2,418,648 | (145,424) |
| EQ/Intermediate Government Bond Portfolio | 1,465,710,126 | 257,740,108 | 198,696,797 | 1,496,372,808 | 7,142,103 | (225,923) |
| EQ/International Core PLUS Portfolio | 154,280,569 | 1,922,567 | 12,474,738 | 166,116,114 | 1,759,190 | 2,226,808 |
| EQ/International Equity Index Portfolio | 64,197,177 | 7,135,250 | 18,917,127 | 51,755,782 | 1,216,872 | 9,784,419 |
| EQ/International ETF Portfolio | 99,160,945 | 8,141,568 | 53,141,779 | 52,616,370 | 1,913,798 | 17,017,790 |
| EQ/International Value PLUS Portfolio | 128,068,483 | 13,544,091 | 17,657,346 | 147,011,048 | 1,926,558 | (570,501) |
| EQ/Large Cap Core PLUS Portfolio | 164,965,351 | 9,004,457 | 18,748,777 | 193,208,604 | 1,352,665 | 10,710,268 |
| EQ/Large Cap Growth Index Portfolio | 182,196,403 | 10,926,684 | 21,540,764 | 194,091,080 | 2,156,871 | 30,074,470 |
| EQ/Large Cap Growth PLUS Portfolio | 412,190,452 | 2,717,318 | 35,536,799 | 488,732,136 | 1,912,479 | 26,594,861 |
| EQ/Large Cap Value PLUS Portfolio | 300,189,457 | 3,736,852 | 63,669,761 | 264,915,355 | 3,246,719 | 53,434,877 |
| EQ/MFS International Growth Portfolio | 402,165,649 | 37,915,509 | 46,982,477 | 432,027,389 | 4,796,179 | 9,816,128 |
| EQ/Mid Cap Index Portfolio | 11,323,755 | — | 6,515,069 | — | — | 7,278,589 |
| EQ/PIMCO Ultra Short Bond Portfolio | 542,435,705 | 124,982,706 | 73,509,244 | 589,600,421 | 5,841,982 | (1,513) |
| EQ/Small Company Index Portfolio | 19,476,541 | 25,132 | 14,419,783 | — | — | 10,204,099 |
| Multimanager Core Bond Portfolio | 99,483,674 | 28,903,304 | 14,685,276 | 109,284,593 | 1,933,943 | 322,254 |
| Multimanager International Equity Portfolio | 155,940,093 | 1,739,032 | 51,046,363 | 114,913,455 | 1,575,654 | 12,655,183 |
| Multimanager Large Cap Core Equity Portfolio | 241,877,883 | 2,752,964 | 34,491,685 | 286,688,971 | 2,383,356 | 482,806 |
| Multimanager Large Cap Value Portfolio | 288,989,931 | 4,836,852 | 91,807,121 | 272,872,722 | 4,469,252 | 4,271,358 |
| Multimanager Mid Cap Growth Portfolio | 10,979,740 | 3,639,544 | 684,319 | 14,111,819 | — | 3,955,225 |
| Multimanager Mid Cap Value Portfolio | 12,816,274 | 99,996 | — | 17,425,307 | 99,996 | — |
| Multimanager Multi-Sector Bond Portfolio | 54,373,965 | 15,927,932 | 7,339,118 | 60,178,239 | 2,346,244 | 11,656 |
| Multimanager Small Cap Growth Portfolio | 136,166,399 | 206,230 | 13,873,330 | 178,409,513 | — | 6,399,615 |
| Multimanager Small Cap Value Portfolio | 71,218,145 | 674,860 | 13,422,505 | 86,767,054 | 632,008 | 148,893 |
| | $ 11,136,054,799 | $ 1,303,575,894 | $ 1,796,751,126 | $ 11,842,642,718 | $ 131,471,931 | $ 829,169,708 |

† When applicable, realized gain includes net distributions of realized gain received from Underlying Portfolios.

See Notes to Financial Statements.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Deborah A. Batts**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544